**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>DEVON MARIE TARNOSKI,<br><br>Debtor | Chapter 7<br><br>CASE NO. 5:26-bk-02291 |

**<u>DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE PAYMENT ADVICES</u>**

The Debtor hereby moves as follows:

1. Debtor does not have any of the paystubs that she received during the 60-day period before the case was filed.

2. On August 17, 2026, she asked her former employer to provide copies of the advices (hereinafter "Missing Advices").

3. The former employer advised Debtor that the requested Missing Advices were mailed on August 21, 2026.

4. The Missing Advices have not yet been received.

5. Debtor's affidavit to the above effect is attached.

WHEREFORE, Debtor respectfully requests that this Honorable Court allow an additional two weeks for Debtor to file the advices.

Date: August 26, 2026

<u>/s/ Carlo Sabatini</u>
Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570)-341-9000
Facsimile (570)-504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831