**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>DEVON MARIE TARNOSKI,<br><br>Debtor | Chapter 7<br><br>CASE NO. 5:26-bk-02291 |

**AFFIDAVIT**

1. I am the Debtor in the above-captioned case.

2. I am missing some of the payment advices that I received within the 60 days before I filed my bankruptcy case.

3. On August 17, 2026, I asked my former employer for copies of the missing advices.

4. My former employer has indicated that the missing advices were sent by U.S. mail on August 21, 2026. They have not yet been received.

08/26/2026
Date

Devon Marie Tarnoski