**Ocean State JOB LOT.**

Ocean State Job Lot of PA 2019 LLC
980 Bethleham Pike
Montgomeryville, PA 18936

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/08/2026 |
| Period End Date | 06/14/2026 |
| Pay Date | 06/18/2026 |
| Document | 268077841 |
| **Net Pay** | **$567.65** |

## Pay Details

**DEVON TARNOSKI**
125 STORRS ST
TAYLOR, PA 18517
USA

| | | | |
|---|---|---|---|
| Associate Number | 111927 | Pay Group | 1603 Wilkes-Barre |
| SSN | XXX-XX-XXXX | Tax Location | Wilkes-Barre |
| Job | Store Area Team Ldr | Division | RETAIL - Retail |
| Pay Rate | $24.0000 | Cost Center | D22 - Ops District 22 |
| Pay Frequency | Weekly | Work Loc | 1603 - Wilkes-Barre |
| | | Department | STORES - Stores |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Blended OT Rate-Hourly | 0.000000 | $0.0000 | $0.00 | $211.80 |
| Med Imputed | | | $217.72 | $435.44 |
| Overtime-Hourly | 0.000000 | $0.0000 | $0.00 | $423.60 |
| Regular Pay-Hourly | 39.016667 | $0.0000 | $936.40 | $10,976.00 |
| Sick-Hourly | 0.000000 | $0.0000 | $0.00 | $1,296.00 |

Total Hours 39.016667

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Accident Ins | $4.28 | No | $4.28 | $8.56 | $0.00 | $0.00 |
| Criticl Illness | $3.37 | No | $3.37 | $6.74 | $0.00 | $0.00 |
| Dental | $12.41 | Yes | $12.41 | $24.82 | $0.00 | $0.00 |
| EE Sup Life | $0.46 | No | $0.46 | $0.92 | $0.00 | $0.00 |
| Med Imputed | $0.00 | No | $217.72 | $435.44 | $0.00 | $0.00 |
| Medical | $160.93 | Yes | $160.93 | $321.86 | $260.16 | $520.32 |
| Vision | $3.52 | Yes | $3.52 | $7.04 | $0.00 | $0.00 |
| Vol Sps Life | $0.94 | No | $0.94 | $1.88 | $0.00 | $0.00 |
| Basic EE Life | $0.43 | No | $0.00 | $0.00 | $0.43 | $0.86 |
| STD | $3.06 | Yes | $0.00 | $0.00 | $3.06 | $6.12 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $977.26 | $75.35 | $1,013.70 |
| Employee Medicare | $977.26 | $14.17 | $188.34 |
| Social Security Employee Tax | $977.26 | $60.59 | $805.33 |

| Tax | Based On | Current | YTD |
|---|---|---|---|
| PA State Income Tax | $759.54 | $23.32 | $385.40 |
| WILKES BARRE CITY LST | $759.54 | $0.90 | $11.70 |
| WILKES BARRE SD-WILKES BAR CIT | $759.54 | $0.10 | $1.30 |
| WILKES BARRE CITY | $759.54 | $7.60 | $125.55 |
| PA Unemployment Employee | $1,154.12 | $0.81 | $9.35 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 2.0000 |
| Vacation | 0.0000 | 80.0000 |
| Wellbeing | 0.0000 | 56.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1611 | Checking | $567.65 |
| Total | | $567.65 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,154.12 | $977.26 | $182.84 | $403.63 | **$567.65** |
| YTD | $13,342.84 | $12,989.12 | $2,540.67 | $807.26 | $9,994.91 |

Ocean State JOB LOT.

Ocean State Job Lot of PA 2019 LLC
980 Bethleham Pike
Montgomeryville, PA 18936

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/15/2026 |
| Period End Date | 06/21/2026 |
| Pay Date | 06/26/2026 |
| Document | 146839966 |
| **Net Pay** | **$0.00** |

## Pay Details

DEVON TARNOSKI
125 STORRS ST
TAYLOR, PA 18517
USA

| | | | |
|---|---|---|---|
| Associate Number | 111927 | Pay Group | 1603 Wilkes-Barre |
| SSN | XXX-XX-XXXX | Tax Location | Wilkes-Barre |
| Job | Store Area Team Ldr | Division | RETAIL - Retail |
| Pay Rate | $24.0000 | Cost Center | D22 - Ops District 22 |
| Pay Frequency | Weekly | Work Loc | 1603 - Wilkes-Barre |
| | | Department | STORES - Stores |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Blended OT Rate-Hourly | 0.000000 | $0.0000 | $0.00 | $211.80 |
| Med Imputed | 0.000000 | $0.0000 | $0.00 | $435.44 |
| No Call No Show | 27.000000 | $0.0000 | $0.00 | $0.00 |
| Overtime-Hourly | 0.000000 | $0.0000 | $0.00 | $423.60 |
| Regular Pay-Hourly | 0.000000 | $0.0000 | $0.00 | $10,976.00 |
| Sick-Hourly | 0.000000 | $0.0000 | $0.00 | $1,296.00 |

Total Hours 0.000000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Accident Ins | $0.00 | No | $0.00 | $8.56 | $0.00 | $0.00 |
| Criticl Illness | $0.00 | No | $0.00 | $6.74 | $0.00 | $0.00 |
| Dental | $0.00 | Yes | $0.00 | $24.82 | $0.00 | $0.00 |
| EE Sup Life | $0.00 | No | $0.00 | $0.92 | $0.00 | $0.00 |
| Med Imputed | $0.00 | No | $0.00 | $435.44 | $0.00 | $0.00 |
| Medical | $0.00 | Yes | $0.00 | $321.86 | $0.00 | $520.32 |
| Vision | $0.00 | Yes | $0.00 | $7.04 | $0.00 | $0.00 |
| Vol Sps Life | $0.00 | No | $0.00 | $1.88 | $0.00 | $0.00 |
| Basic EE Life | $0.00 | No | $0.00 | $0.00 | $0.00 | $0.86 |
| STD | $0.00 | Yes | $0.00 | $0.00 | $0.00 | $6.12 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $0.00 | $0.00 | $1,013.70 |
| Employee Medicare | $0.00 | $0.00 | $188.34 |

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Social Security Employee Tax | $0.00 | $0.00 | $805.33 |
| PA State Income Tax | $0.00 | $0.00 | $385.40 |
| WILKES BARRE CITY LST | $0.00 | $0.00 | $11.70 |
| WILKES BARRE SD-WILKES BAR CIT | $0.00 | $0.00 | $1.30 |
| WILKES BARRE CITY | $0.00 | $0.00 | $125.55 |
| PA Unemployment Employee | $0.00 | $0.00 | $9.35 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 2.0000 |
| Vacation | 0.0000 | 80.0000 |
| Wellbeing | 0.0000 | 56.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| YTD | $13,342.84 | $12,989.12 | $2,540.67 | $807.26 | $9,994.91 |