**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| DEVON MARIE TARNOSKI, | CASE NO. 5:26-bk-02291 |
| Debtor | Debtor's Motion To Extend Deadline to File Payment Advices |

## ORDER

Upon consideration of *Debtor's Motion To Extend Deadline to File Payment Advices* it is hereby ordered that the motion is granted. Debtor's deadline to file the payment advices received during the 60-days before the bankruptcy case was filed is extended to September 9, 2026.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 3, 2026