United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Devon Marie Tarnoski
Debtor

Case No. 26-02291-MJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Nov 23, 2026 | Form ID: 318 | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Devon Marie Tarnoski, 125 Storrs St., Taylor, PA 18517-1759 |
| 5825497 | + | 360 Anesthesia PLLC, PO Box 954507, Saint Louis, MO 63195-4507 |
| 5825503 | | Capital One/Kohls Dept Store, Capital, 1 Attn Bankruptcy, Salt Lake City, UT 84130-0285 |
| 5825512 | | GEISINGER ST. LUKE S ORWIGSBUR, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5825510 | + | Geisinger, P.O. Box 983154, Boston , MA 02298-3154 |
| 5825511 | | Geisinger St. Luke S Hospital, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 5825513 | | Gslpg Emergency Medicine- Orwi, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5825514 | | Integrated Medical G, Attn: Bankruptcy, 25700 Science Park Dr Ste 370, Beachwood, OH 44122-7312 |
| 5825515 | | Integrated Surgical Institut, ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 5825524 | + | Pathology Associates of NEPA, P.O. Box 1878, Kingston, PA 18704-0878 |
| 5825527 | + | Schuylkill Haven Borough Tax Collector, 340 Haven St, PO Box 250, Schuylkill Haven, PA 17972-0250 |
| 5825528 | + | Scott Mickavicz, 125 Storrs St, Taylor, PA 18517-1759 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5825499 | | Email/Text: collectors@arresourcesinc.com | Nov 23 2026 18:33:00 | AR Resources Inc, 350 Sentry Pkwy, Blue Bell, PA 19422-2314 |
| 5825500 | | EDI: ATTWIREBK.COM | Nov 23 2026 23:31:00 | AT&T Mobility, PO Box 5074, Carol Stream, IL 60197-5074 |
| 5825498 | ^ | MEBN | Nov 23 2026 18:30:01 | Afterpay, 1955 Broadway, Suite 204, Oakland, CA 94612-2205 |
| 5825501 | | Email/Text: dltlegal@hab-inc.com | Nov 23 2026 18:33:00 | Berkheimer Tax Innovations, PO Box 25152, Lehigh Valley, PA 18002 |
| 5825502 | | EDI: CAPITALONE.COM | Nov 23 2026 23:31:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5825504 | ^ | MEBN | Nov 23 2026 18:30:03 | Celtic Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5825505 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2026 18:33:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5825506 | | EDI: CCS.COM | Nov 23 2026 23:31:00 | Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 5825507 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 18:38:49 | Credit One Bank N.A., Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5825508 | | EDI: DISCOVER | Nov 23 2026 23:31:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5825509 | | Email/Text: rj@ffcc.com | Nov 23 2026 18:33:00 | First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |

| | | | | |
|---|---|---|---|---|
| 5825516 | | EDI: IRS.COM | Nov 23 2026 23:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5825517 | | Email/Text: govtaudits@labcorp.com | Nov 23 2026 18:33:00 | Labcorp, PO Box 2240, Burlington, NC 27226 |
| 5825518 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 18:38:56 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5825519 | | Email/Text: MDSBankruptcies@meddatsys.com | Nov 23 2026 18:33:00 | Medical Data Systems I, 1532 Lakeview Dr, Sebring, FL 33870-7957 |
| 5825520 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2026 18:33:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5825521 | ^ | MEBN | Nov 23 2026 18:30:01 | Natera, P.O. Box 889023, Los Angeles , CA 90088-9023 |
| 5825522 | | Email/Text: Bankruptcies@nragroup.com | Nov 23 2026 18:33:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5825523 | + | EDI: AGFINANCE.COM | Nov 23 2026 23:31:00 | One Main, 886 Gordon Nagle Trail, Pottsville , PA 17901-4203 |
| 5825525 | | Email/Text: customerrelations@pathward.com | Nov 23 2026 18:33:00 | Pathward Financial, 5501 South Broadband Lane, Sioux Falls, SD 57108 |
| 5825526 | + | EDI: CCS.COM | Nov 23 2026 23:31:00 | Quest Diagnostics Incorporated, PO Box 337, Norwood, MA 02062-0337 |
| 5825529 | | Email/Text: clientservices@sourcerm.com | Nov 23 2026 18:33:00 | Source Recvb, 4615 Dundas Dr, Greensboro, NC 27407-1650 |
| 5825530 | | Email/Text: clientservices@sourcerm.com | Nov 23 2026 18:33:00 | T Mobile USA Inc, Attn: Bankruptcy Dept, PO Box 4068, Greensboro, NC 27404-4068 |
| 5825531 | ^ | MEBN | Nov 23 2026 18:30:04 | Talkiatry, P.O. Box 9826, Coral Springs , FL 33075-0826 |
| 5825532 | + | EDI: WTRRNBANK.COM | Nov 23 2026 23:31:00 | Target Payroll, 7000 Target Parkway NCC-0102, Brooklyn Park, MN 55445-4301 |
| 5825533 | ^ | MEBN | Nov 23 2026 18:30:02 | Venmo, 117 Barrow Street, New York, NY 10014-2826 |
| 5825534 | | EDI: AGFINANCE.COM | Nov 23 2026 23:31:00 | Webbank/One Main, PO Box 3316, Evansville, IN 47732-3316 |
| 5825535 | ^ | MEBN | Nov 23 2026 18:30:02 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Devon Marie Tarnoski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| ONEMAIN FINANCIAL | cbp@onemainfinancial.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Devon Marie Tarnoski<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9442 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–02291–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Devon Marie Tarnoski
aka Devon Tarnoski, aka Devon M Tarnoski

11/23/26

**By the court:**



Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**